UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONCRETE TECHNOLOGY, INC.,**

    **Plaintiff,**

v.                                  Case No.  8:07-cv-491-T-30MAP

**CLASSIC CONTRACTING OF
NORTHEAST OHIO, LLC,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #6).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2007.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-491.dismissal 6.wpd